*Randal S. Mashburn*
U.S. Bankruptcy Judge

Dated: 5/15/2015



SC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

```
IN RE:                                          CASE NO. 13-07765-RM1-13
DOUGLAS EDWARD WILLIAMS
SHERRI MICHELLE WILLIAMS
2775 AIRPORT RD
CENTERVILLE, TN  37033
SSN XXX-XX-6321         SSN XXX-XX-0975
```

### ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT
### PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

The continuing **mortgage** payment made to **SELENE FINANCE LP** shall increase from **$712.11 to $741.05** beginning with the **5/15** disbursement.

APPROVED FOR ENTRY:

```
/s/ Henry E. Hildebrand, III              THIS ORDER WAS SIGNED AND ENTERED
HENRY E. HILDEBRAND, III                  ELECTRONICALLY AS INDICATED AT THE TOP
CHAPTER 13 TRUSTEE                        OF THE FIRST PAGE.
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com
```

**NOTICE TO:**

DOUGLAS EDWARD WILLIAMS & SHERRI MICHELLE WILLIAMS  2775 AIRPORT RD, CENTERVILLE, TN  37033

ROTHSCHILD AND AUSBROOKS PLLC  1222 16TH AVE SOUTH SUITE 12, NASHVILLE, TN  37212

SELENE FINANCE  9990 RICHMOND AVE, STE 400S, HOUSTON, TX  77042

SELENE FINANCE LP P O BOX 71243, PHILADELPHIA, PA  19176

MICHAEL G CLIFFORD  WILSON AND ASSOCIATES,  8 CADILLAC DRIVE STE 120,  BRENTWOOD, TN  37027

**AFFECTED CREDITORS**

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.